```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                     Criminal No. 11-cr-29-01-JL

<u>Amanda Bayko</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted in part. The continuance is limited to 60 days; Final Pretrial is rescheduled to June 22, 2011 at 11:00 AM; Trial is continued to the two-week period beginning July 6, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: April 8, 2011

cc: Jeffrey Levin, Esq.
    Seth Aframe, Esq.
    U.S. Marshal
    U.S. Probation