UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

                    v.                    Criminal No. 11-cr-29-01-JL

Amanda Bayko


                            O R D E R


     The assented to motion to reschedule jury trial (document no.
13) filed by defendant is granted, no further continuances without
a hearing.  Final Pretrial is rescheduled to September 20, 2011 at
10 AM; Trial is continued to the two-week period beginning October
4, 2011, 9:30 AM.

     Defendant shall file a waiver of speedy trial rights within 10
days.  The court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the
reasons set forth in the motion.

     SO ORDERED.

                                        _____
                                        Joseph N. Laplante
                                        United States District Judge


Date:  June 13, 2011

cc:  Jeffrey Levin, Esq.
     Seth Aframe, Esq.
     U.S. Marshal
     U.S. Probation